Name: ALI ABDIKHALAQ MOHAMED
A Number: 24103/022
Address: WCF, 560 GUM SPRINGS ROAD
WINNFIELD, LA 71483.

PRO SE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

Name: ALI ABDIKHALAQ MOHAMED )          Case No. _____
                                  )
Petitioner,                       )
                                  )
v.                                )
                                  )
                                  )          [PROPOSED]
MELLISSA HARPER,                  )          ORDER TO SHOW CAUSE
Field Office Director,New Orleans Field Office, )
United States Immigration and Customs )
Enforcement; TAE JOHNSON, Acting Director, )
United States Immigration and Customs )
Enforcement; ALEJANDRO MAYORKAS, )
Secretary, United States Department of Homeland )
Security; and                     )
                                  )
ELEAZAR  GARCIA  ,                )
WARDEN OF IMMIGRATION DETENTION   )
FACILITY,                         )
                                  )
Respondents.                      )

Upon consideration of Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. 2241, and

memorandum of law that requests, *inter alia*, the issuance of an Order to Show Cause pursuant to

28 U.S.C. §2243, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition for

   a Writ of Habeas Corpus should not be granted by 04/05/2025 .

2. Petitioner shall have an opportunity to reply by 04/19/2025 .

3.  A hearing on this case shall be set on _____

And such other and further relief as the Court may find appropriate.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT