# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ABDIKHALAQ MOHAMED ALI | ) | CIVIL ACTION NO.  25-cv-00419 |
| | ) | |
| VERSUS | ) | JUDGE DOUGHTY |
| | ) | |
| JUSTIN WILLIAMS, ET AL | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| | ) | |

## ORDER

The Court having before it Federal Respondents' Motion for Extension of Time to Respond to Habeas Petition, and for good cause shown therein,

**IT IS ORDERED** that the motion for extension is **GRANTED**, and the deadline for Respondents to file their answer to the Petition is extended fourteen (14) days, or until **July 11, 2025**.

**THUS DONE AND SIGNED** this 26th day of June, 2025 at Alexandria, Louisiana.

**HONORABLE JOSEPH H. L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**