**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ABDIKHALAQ MOHAMED ALI #A241-031-022**   **CASE NO.  1:25-CV-00419 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**JUSTIN WILLIAMS ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

**ORDER**

Pending before the Court is a Motion for David Wilson to Appear *Pro Hac Vice* in Representation of Plaintiff Ali Abdikhalaq Mohamed [Doc. No. 10].

**IT IS ORDERED** that the Motion to Appear *Pro Hac Vice* is **GRANTED**.

MONROE, LOUISIANA, this 16th day of July 2025.

_____
Terry A. Doughty
United States District Judge