**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ABDIKHALAQ MOHAMED ALI #A241-031-022** | **CASE NO.  1:25-CV-00419 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JUSTIN WILLIAMS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

On July 16, 2025, Plaintiff filed a Motion for Temporary Restraining Order [Doc. No. 14]. This Court ordered the Government to file its response by July 16, 2025, at 3:00 p.m. C.S.T. After communication via email from both parties,

**IT IS ORDERED** that the Government's response deadline is extended until tomorrow, July 17, 2025, at 8:00 a.m. C.S.T.

MONROE, LOUISIANA, this 16th day of July, 2025.

_____
Terry A. Doughty
United States District Judge