**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ABDIKHALAQ MOHAMED ALI #A241-031-022

VERSUS

JUSTIN WILLIAMS ET AL

CASE NO.  1:25-CV-00419 SEC P

JUDGE TERRY A. DOUGHTY

MAGISTRATE JUDGE PEREZ-MONTES

**ORDER**

Before the Court is a Motion for Temporary Restraining Order [Doc. No. 14] filed by Plaintiff Abdikhalaq Mohamed Ali ("Plaintiff"). The United States of America (the "Government") filed a response [Doc. No. 17]. Plaintiff filed the emergency TRO because he was scheduled to be deported to Ethiopia on July 16, 2025, after only a few hours' notice. Plaintiff indicated that he had a temporary protected status application pending and thus could not be legally removed.  The Government's response indicated that Plaintiff was pulled from the removal flight in order to properly respond to the TRO.  The Government indicates that the TRO is now essentially moot. However,

**IT IS ORDERED** that the Motion is **DEFERRED**. The Government shall file its response to the TRO on or before July 24, 2025, and Plaintiff shall remain in the United States until a ruling is issued.

MONROE, LOUISIANA, this 17th day of July, 2025.

_____
Terry A. Doughty
United States District Judge