# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ABDIKHALAQ MOHAMED ALI | ) | CIVIL ACTION NO.  25-cv-00419 |
| | ) | |
| VERSUS | ) | JUDGE DOUGHTY |
| | ) | |
| JUSTIN WILLIAMS, ET AL | ) | MAGISTRATE JUDGE PEREZ- |
| | ) | MONTES |

## ORDER

The Court having before it Federal Respondents' Motion for Extension of Time to File Surreply, and for good cause shown therein,

**IT IS ORDERED** that the motion for extension is **GRANTED**, and the deadline for Respondents to file their answer to the Petition is extended two business days, or until **February 4, 2025**.

**THUS DONE AND SIGNED** this __2nd__ day of ____February____, 2026 at ____Alexandria____, Louisiana.

_____
**HONORABLE JOSEPH H. L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**