UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABDIKHALAQ MOHAMED ALI #A241-031-022 | CASE NO.  1:25-CV-00419 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JUSTIN WILLIAMS ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Considering the Motion for Extension of Time to File Opposition to the Report and Recommendation of the Magistrate Judge [Doc. No. 36] filed by Respondents,

**IT IS ORDERED** that the Motion is **GRANTED**, and Respondents must file their objections to the Report and Recommendation of the Magistrate Judge [Doc. No. 35] on or before March 11, 2026.

MONROE, LOUISIANA, this 10th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1