## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ABDIKHALAQ MOHAMED ALI #A241-031-022

CASE NO.  1:25-CV-00419 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

JUSTIN WILLIAMS ET AL

MAGISTRATE JUDGE PEREZ-MONTES

### JUDGMENT

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 40], the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 35]. Accordingly,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] and the Amended Petition for Writ of Habeas Corpus [Doc. No. 3] filed by Petitioner, Abdikhalaq Mohamed Ali's ("Petitioner"), are **DISMISSED WITHOUT PREJUDICE** subject to Petitioner's right to re-urge his claim of prolonged detention if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not significantly likely in the reasonably foreseeable future.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite Decision [Doc. No. 23] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 1st day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1